PD-1390-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/26/2015 3:16:09 PM
Accepted 10/27/2015 4:29:30 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

October 27, 2015

ABEL ACOSTA, CLERK

**DUANE REID**

**VS.**

**THE STATE OF TEXAS**

**FROM THE SECOND COURT OF APPEALS**

**FORT WORTH**

**NO.  02-14-00376-CR**

**APPEALED FROM 271ST DISTRICT COURT**

**WISE COUNTY, TEXAS**

**TRIAL NUMBER CR17125**

**MOTION TO EXTEND TIME OF FILING OF PETITION FOR DISCRETIONARY**

**REVIEW TO THE COURT OF CRIMINAL APPEALS.**

This motion is brought by the Applicant **DUANE REID,** who moves the Court to permit him to file this Application late and would show the Court the following:

**I**

The opinion of the Court of Appeals is dated September 24, 2015.  The correct statutory time for filing a Petition for Discretionary Review is within 30 days, October 26, 2015.

This motion is brought within 15 days of October 26, 2015.

**II.**

The attorney for the applicant has within the last 45 days served as chief counsel in two felony and several misdemeanor jury trials.  The time and effort in the preparation of the aforementioned jury trials caused the counsel for the Applicant to not file the Petition for Discretionary Review within the 30 days.  As a result of the

aforementioned activities counsel for Appellant, reasonably believes that the Petitioner for Discretionary Review will be filed with this Court within thirty (30) days of the October 26, 2015, date.

The granting of this motion should not delay any action that would otherwise take place.

WHEREFORE PREMISES CONSIDERED, Applicant prays that this Court grant this request to file the Petition for Discretionary Review.

Respectfully submitted,


/s/ Abe Factor_____
Abe Factor
Attorney for Appellant
State Bar No.  06768500

FACTOR & CAMPBELL
5719 Airport Freeway
Fort Worth, TX  76117
(817) 222-3333
(817) 222-3330 (fax)
lawfactor@yahoo.com


## CERTIFICATE OF SERVICE

I, ABE FACTOR, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING INSTRUMENT HAS BEEN DELIVERED TO THE ATTORNEY FOR THE STATE AND TO THE STATE PROSECUTING ATTORNEY AUSTIN, TEXAS.

On this the 26th day of October, 2015.


/s/ Abe Factor_____
Abe Factor